```
ALAN R. BRAYTON, ESQ., S.B. #73685
DAVID R. DONADIO, ESQ., S.B. #154436
RON G. ARCHER, ESQ., S.B. #189429
BRAYTON❖PURCELL LLP
ATTORNEYS AT LAW
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555
```

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRY LEMASTER and CAROLYN LEMASTER,<br><br>Plaintiffs,<br><br>vs.<br><br>ASBESTOS DEFENDANTS (BP), et al.,<br><br>Defendants. | No. C09-01340 SBA<br><br>STIPULATION TO DISMISS DEFENDANT PLANT INSULATION COMPANY AND REMAND CASE TO SAN FRANCISCO SUPERIOR COURT |

  Come now Plaintiffs HARRY LEMASTER and CAROLYN LEMASTER ("Plaintiffs") and Defendant PLANT INSULATION COMPANY. ("PLANT"), who file the following stipulation pursuant to Local Rules 7-1 and 7-12:

  WHEREAS, defendant PLANT removed this case to the United State District Court for the Northern District of California on March 26, 2009, on the ground that the court has "federal officer" subject matter jurisdiction under 28 United States Code § 1442(a) based on Plaintiffs' allegations that his injury was caused by products supplied by PLANT, and designed and manufactured under the supervision and control of the United States government;

  WHEREAS, Defendant PLANT was the sole removing defendant and no other defendant joined in removal or filed a separate notice of removal;

///

1  WHEREAS, Plaintiffs and Defendant PLANT, the affected parties, have now reached a
2  resolution of Plaintiffs' claims again PLANT;

3  WHEREAS, Defendant PLANT's desire for a federal forum for this action is now moot
4  and given the resolution of Plaintiffs' claims against it; and

5  WHEREAS, pursuant to the parties' resolution, Plaintiffs and Defendant PLANT seek
6  to have this action remanded to state court, IT IS HEREBY STIPULATED by the affected
7  parties, Plaintiffs and Defendant PLANT, that all claims against Defendant PLANT shall be,
8  and hereby are, dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil
9  Procedure and that this action shall be, and hereby is, immediately remanded to the San
10 Francisco County Superior Court, the court in which it was originally filed and from which it
11 was removed.

12 Dated: March 27, 2009        BRAYTON ❖ PURCELL LLP

14                              By: _____
15                              Ron G. Archer
                                Attorneys for Plaintiffs HARRY LEMASTER and
                                CAROLYN LEMASTER

17 Dated: March 27, 2009        LEWIS, BRISBBOIS, BISGAARD & SMITH

20                              By: _____
                                Laura J. Rawson
21                              Attorneys for Defendant PLANT INSULATION
                                COMPANY

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** Case is REMANDED to the Superior Court of California, County of San Francisco, Case No 274669. The Clerk shall send a certified copy of this Order to the Clerk of the Court for the Superior Court of California, County of San Francisco.

Dated: __3/30__, 2009    By: _____
                              UNITED STATES DISTRICT COURT

C:\Documents and Settings\rawson\Local Settings\Temp\XPGRPWISE\Fed-STIP-DISMISS PLANT.wpd  2
STIPULATION TO DISMISS DEFENDANT PLANT INSULATION COMPANY AND REMAND CASE TO
SAN FRANCISCO SUPERIOR COURT; C09-01340 SBA

# PROOF OF SERVICE

I am employed in the County of Marin, State of California. I am over the age of 18 years and am not a party to the within action. My business address is 222 Rush Landing Road, Novato, California 94948-6169.

On March 27 2009, I served the attached:

**STIPULATION TO DISMISS DEFENDANT PLANT INSULATION COMPANY AND REMAND CASE TO SAN FRANCISCO SUPERIOR COURT**

on the interested parties in this action by transmitting a true copy thereof in a sealed envelope, and each envelope addressed as follows:

**TO ALL PARTIES ON THE ATTACHE SERVICE LIST**

    XXX     BY OFFICE MAILING: I am readily familiar with this office's practice of collection and processing correspondence, pleadings and other matters for mailing with the United States Postal Service on that same day with postage thereon fully prepaid at Novato, California in the ordinary course of business. I placed in the outgoing office mail, the above-described document(s), in a sealed envelope, addressed to the party(ies) as stated above, for collection and processing for mailing the same day in accordance with ordinary office practices.

Executed this **March 27, 2009** at Novato, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____
JANE A. EHNI

Harry LeMaster et al. v. Asbestos Defs.
U.S.D.C. No. C09-01340 SBA

BRAYTON♦PURCELL
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
NOVATO, CALIFORNIA 94945
(415) 898-1555

G:\POS\MULTIP.WPD     1

Date Created: 3/27/2009-5:12:35 PM
Created by: LitSupport - ServiceList - Live
Matter Number: 109521.001 - Harry LeMaster
Run By : Ehni, Jane (JAE)

**Bassi, Edlin, Huie & Blum LLP**
351 California Street, Suite 200
San Francisco, CA 94104
415-397-9006   415-397-1339 (fax)
**Defendants:**
　J.T. Thorpe & Son, Inc. (THORPE)
　Parker-Hannifin Corporation (PARKHF)

**Berry & Berry**
P.O. Box 16070
2930 Lakeshore Avenue
Oakland, CA 94610
510-835-8330   510-835-5117 (fax)
**Defendants:**
　Berry & Berry (B&B)

**Brydon Hugo & Parker**
135 Main Street, 20th Floor
San Francisco, CA 94105
415-808-0300   415-808-0333 (fax)
**Defendants:**
　Foster Wheeler LLC (FKA Foster Wheeler Corporation) (FOSTER)
　Union Carbide Corporation (UNIONC)

**Filice, Brown, Eassa & McLeod LLP**
1999 Harrison Street, 18th Floor
Oakland, CA 94612-0850
510-444-3131   510-839-7940 (fax)
**Defendants:**
　General Motors Corporation (GM)

**Gordon & Rees LLP**
Embarcadero Center West
275 Battery Street, 20th Floor
San Francisco, CA 94111
415-986-5900   415-986-8054 (fax)
**Defendants:**
　Actuant Corporation (ACTCOR)
　Goodyear Tire & Rubber Company, The (GOODYR)
　Ingersoll-Rand Company (INGRSL)
　Leslie Controls, Inc. (LESCON)

**Hassard Bonnington LLP**
Two Embarcadero Center
Suite 1800
San Francisco, CA 94111
415-288-9800   415-288-9802 (fax)
**Defendants:**
　John Crane, Inc. (CRANE)

**Howard Rome Martin & Ridley**
1775 Woodside Road, Suite 200
Redwood City, CA 94061
650-365-7715   650-364-5297 (fax)
**Defendants:**
　Eaton Electrical Inc. (EATELE)
　IMO Industries, Inc. (IMOIND)

**Jackson & Wallace**
55 Francisco Street
Sixth Floor
San Francisco, CA 94133
415-982-6300   415-982-6700 (fax)
**Defendants:**
　General Dynamics Corporation (GENDYN)

**K & L Gates LLP**
Four Embarcadero Center
Suite 1200
San Francisco, CA 94111
415-882-8200   415-882-8220 (fax)
**Defendants:**
　Crane Co. (CRANCO)
　Square D Company (SQUARE)

**Knox Ricksen LLP**
1300 Clay Street, Suite 500
Oakland, CA 94612-1427
510-285-2500   510-285-2505 (fax)
**Defendants:**
　Allis-Chalmers Corporation Product Liability Trust (ALLIS)

**Kronish Lieb Weiner & Hellman, LLP**
Attn: Charles Shaw, Esq.
1114 Avenue o the Americas
New York, NY 10036-7798
212-479-6000   212-479-6275 (fax)
**Defendants:**
　Montgomery Ward & Company, Inc. (MWARDS)

**Law Offices of Glaspy & Glaspy**
One Walnut Creek Center
100 Pringle Avenue, Suite 750
Walnut Creek, CA 94596
925-947-1300   925-947-1594 (fax)
**Defendants:**
　Garlock Sealing Technologies, LLC (GARLCK)

**Law Offices of Nancy E. Hudgins**
565 Commercial, 4th Floor
San Francisco, CA 94111
415-979-0100   415-979-0747 (fax)
**Defendants:**
　Uniroyal Holding, Inc. (UNIROY)

**Lewis Brisbois Bisgaard & Smith LLP**
One Sansome Street
Suite 1400
San Francisco, CA 94104
415-362-2580   415-434-0882 (fax)
**Defendants:**
　Plant Insulation Company (PLANT)

**McKenna Long & Aldridge**
101 California Street
41st Floor
San Francisco, CA 94111
415-267-4000   415-267-4198 (fax)
**Defendants:**
　Metalclad Insulation Corporation (METALC)

**Palmer, John L.**
NachmanHaysBrownstein, Inc.
822 Montgomery Ave, Suite 204
Narberth, PA 19072
610-660-0060   610-664-7298 (fax)
**Defendants:**
　Montgomery Ward & Company, Inc. (MWARDS)

**Perkins Coie LLP**
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111
415-344-7000   415-344-7288 (fax)
**Defendants:**
　Honeywell International, Inc. (HONEYW)

**Pond North, LLP**
350 South Grand Avenue, Suite 2850
Los Angeles, CA 90071
213-617-6170   213-623-3594 (fax)
**Defendants:**
　Viacom, Inc. (VIACOM)

**Prindle, Decker & Amaro**
369 Pine St., Suite 800
San Francisco, CA 94104
415-788-8354   415-788-3625 (fax)
**Defendants:**
  Syd Carpenter Marine Contractor, Inc. (SYD)
  Trane US, Inc. fka American Standard, Inc. (AMSTAN)

**Schiff Hardin LLP**
One Market Plaza
Spear Street Tower, 32nd Floor
San Francisco, CA 94105
415-901-8700   415-901-8701 (fax)
**Defendants:**
  Owens-Illinois, Inc. (OI)

**Sedgwick, Detert, Moran & Arnold**
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, CA 94105
415-781-7900   415-781-2635 (fax)
**Defendants:**
  General Electric Company (GE)

**Selman Breitman LLP**
33 New Montgomery
6th floor
San Francisco, CA 94105
415-979-0400   415-979-2099 (fax)
**Defendants:**
  Pep Boys Manny Moe & Jack of California, The (PEPBOY)

**Sonnenschein Nath & Rosenthal, LLP**
525 Market Street, 26th Floor
San Francisco, CA 94105-2708
415-882-5000   415-882-0300 (fax)
**Defendants:**
  Rapid-American Corporation (RAPID)

**Tucker Ellis & West LLP**
135 Main Street, Suite 700
San Francisco, CA 94105
415-617-2400   415-617-2409 (fax)
**Defendants:**
  Carrier Corporation (CARRCP)
  Rockwell Automation, Inc. (ROCAUT)

**Vasquez, Estrada & Dumont, LLP.**
Courthouse Square
1000 Fourth Street, Suite 700
San Rafael, CA 94901
415-453-0555   415-453-0549 (fax)
**Defendants:**
  Lamons Gasket Company (LAMONS)

**Walsworth, Franklin, Bevins & McCall**
601 Montgomery Street, 9th Floor
San Francisco, CA 94111
415-781-7072   415-391-6258 (fax)
**Defendants:**
  Quintec Industries, Inc. (QUINTC)
  Thomas Dee Engineering Co., Inc. (DEE)

**Wilson, Elser, Moskowitz, Edelman & Dicker LLP**
525 Market Street, 17th Floor
San Francisco, CA 94105-2725
415-433-0990   415-434-1370 (fax)
**Defendants:**
  Asbestos Corporation Limited (ASBLTD)